| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Stout, Alan C. | U.S. Bankruptcy Court Western District of Kentucky | 08/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

601 W. Broadway
Suite 533
Louisville, KY 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. President | Stout Development Inc. |
| 2. President/Director | Fohs Hall, Inc. |
| 3. Board of Trustees | Murray State University Foundation |
| 4. Board Member | Kentucky Conference of United Methodist Church; Board of Pensions |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1986-2006 | Kentucy Employee Retirement Systems (KERS), No control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Stout Law Office | $30,000.00 |
| 2. | 2012 | Chapter 7 Trustee | $2,500.00 |
| 3. | 2012 | Kentucky Retirement Systems (Pension) | $52,508.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MIDWEST REGIONAL BANKRUPTCY SEMINAR | 8/16/12-8/17/12 | CINCINNATI OH | SPOKE AT SEMINAR | Food, lodging and mileage reimbursement |
| 2. | NCBJ | 10/23/12-10/28/12 | SAN DIEGO CA | ATTENDED AND SPOKE AT SEMINAR | Lodging reimbursement |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farmers Bank & Trust (12/31/12) | Line of Credit secured by Commercial Real Estate Mortgage | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade Investment Acct. 2012 | A | Dividend | | | Closed | 08/13/12 | J | A | Market |
| 2. Edward D. Jones Investment Acct. 2012 | D | Dividend | M | T | | | | | |
| 3. a. American Balanced Fund CL A "(X)" | D | Dividend | M | T | | | | | |
| 4. b. Amern High Income Trust CL A "(X)" | D | Dividend | M | T | | | | | |
| 5. c. American Mutual Fund CL A "(X)" | D | Dividend | M | T | | | | | |
| 6. d. Capital Income Builder Fund A "(X)" | D | Dividend | M | T | | | | | |
| 7. e. Income Fund of America A "(X)" | D | Dividend | M | T | | | | | |
| 8. f. Realty Income Corp. - Stock | D | Dividend | M | T | | | | | |
| 9. g. American Intl GRW - Mutual Fund | D | Dividend | M | T | | | | | |
| 10. h. Capital World GRW - Mutual Fund | D | Dividend | M | T | | | | | |
| 11. i. Nuveen Ky Muni Bond - Mutual Fund | D | Dividend | M | T | | | | | |
| 12. j. Washington Mutual Invs - Mutual Fund | D | Dividend | M | T | | | | | |
| 13. Hilliard Lyons Investment Acct. 2012 | A | Dividend | | | Distributed | 11/01/12 | K | A | Market |
| 14. Kentucky Deferred Compensation 2012 | D | Dividend | | | Closed | 10/31/12 | M | A | Rollover |
| 15. Edward Jones (SARSEP) Stout & Farmer 2012 | D | Dividend | L | T | | | | | |
| 16. a. Capital World GRW & Inc - Mutual Fund | D | Dividend | L | T | | | | | |
| 17. b. Income Fund of America - Mutual Fund | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Edward Jones (SARSEP) Stout Law Office 2012 | D | Dividend | N | T | | | | | |
| 19. a. Bond Fund of America - Mutual Fund | D | Dividend | N | T | | | | | |
| 20. b. Capital Income Builder Fund - Mutual Fund | D | Dividend | N | T | | | | | |
| 21. c. Capital World GRW & Inc Fund - Mutual Fund | D | Dividend | N | T | | | | | |
| 22. d. Growth Fund of America - Mutual Fund | D | Dividend | N | T | | | | | |
| 23. e. Investment Co of America - Mutual Fund | D | Dividend | N | T | | | | | |
| 24. Edward Jones (IRA) 2012 | D | Dividend | J | T | | | | | |
| 25. a. Bond Fund of America - Mutual Fund | D | Dividend | J | T | | | | | |
| 26. b. Growth Fund of America - Mutual Fund | D | Dividend | J | T | | | | | |
| 27. c. Investment Company of America Fund - Mutual Fund | D | Dividend | J | T | | | | | |
| 28. Ameriprise Investment Acct. & Insurance Policy 2012 | A | Dividend | N | T | | | | | |
| 29. a. RiverSource Universal Life Insurance | A | Dividend | N | T | | | | | |
| 30. b. Invesco Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 31. c. Arbitrage Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 32. d. Blackrock Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 33. e. Calamos Family of Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 34. f. Columbia Funds Group - Mutual Fund (COL DIVIDEND OPP) | A | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. g. Columbia Funds Group - Mutual Fund (COL DIVERSIFIED BOND) | A | Dividend | N | T | | | | | |
| 36. h. Columbia Funds Group - Mutual Fund (COL S/ CAP) | A | Dividend | N | T | | | | | |
| 37. i. Columbia Funds Group - Mutual Fund (COL SEL L/CAP) | A | Dividend | N | T | | | | | |
| 38. j. DWS Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 39. k. Eaton Vance Group - Mutual Fund (EATON T/M VALUE) | A | Dividend | N | T | | | | | |
| 40. l. Eaton Vance Group - Mutual Fund (EATON GLB MACRO) | A | Dividend | N | T | | | | | |
| 41. m. Fidelity Advisor Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 42. n. Goldman Sachs Asset Mgt. - Mutual Fund | A | Dividend | N | T | | | | | |
| 43. o. Janus - Mutual Fund | A | Dividend | N | T | | | | | |
| 44. p. John Hancock Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 45. q. Legg Mason Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 46. r. MFS Family of Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 47. s. Oppenheimer Funds - Mutual Funds | A | Dividend | N | T | | | | | |
| 48. t. Prudential Jennison Mutual Fund "(X)" | A | Dividend | N | T | | | | | |
| 49. u. Wasatch Funds - Mutual Fund | A | Dividend | N | T | | | | | |
| 50. v. Wells Fargo Advantage - Mutual Fund (WELLS EMG MKTS) | A | Dividend | N | T | | | | | |
| 51. w. Wells Fargo Advantage - Mutual Fund (WELLS INTL BOND) | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. x. Wells Fargo Advantage - Mutual Fund (W. Municip. Bond) | A | Dividend | N | T | | | | | |
| 53. Independence Bank Stock 2012 | A | Dividend | | | Sold | 06/01/12 | K | A | Todd Farmer |
| 54. Fifth Third Bank Stock 2012 | A | Dividend | | | Sold | 07/02/12 | J | A | Market |
| 55. Louisville Federal Credit Union - Savings Acct. 2011 | A | Interest | J | T | | | | | |
| 56. United Community Bank of Western KY Stock 2011 | A | Dividend | | | Sold | 04/17/12 | K | C | Brucie Moore |
| 57. BancKentucky, Inc. Stock 2012 | B | Dividend | | | Sold | 04/25/12 | M | | |
| 58. Marion Development Group Stock 2012 | C | Interest | M | U | | | | | |
| 59. Real Estate 1/2 Int. Crittenden Co., KY 2012 | | None | K | W | | | | | |
| 60. Real Estate 1/3 Int. - ▮ Acres Graves Co. Mayfield, KY 2011 | | None | K | W | | | | | |
| 61. Kentucky Employees Credit Union 2012 | A | Interest | | | Distributed | 06/01/12 | M | A | |
| 62. Farmers Bancorp (Stock) 2012 | E | Dividend | N | T | | | | | |
| 63. Farmers Bank & Trust Co. (CD & Savings) 2012 | A | Interest | K | T | | | | | |
| 64. Green Turtle Bay Condo Grand Rivers, Livingston Co. KY 2012 | D | Rent | M | W | | | | | |
| 65. Real Estate,Crittenden Co., KY 2012 | A | Rent | M | W | | | | | |
| 66. CICA 2012- Annuity | A | Dividend | | | Distributed | 06/01/12 | J | A | Market |
| 67. Stout Law Office 2012 | E | Dividend | | | Sold | 10/03/12 | M | | Robert B. Frazer |
| 68. Marriott Vacation Time Share 2012 | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stout Development Inc. Stock 2012 | A | Royalty | L | W | | | | | |
| 70. Marion Baseball Club LLC 2012 | | None | J | W | | | | | |
| 71. Real Estate - Benton, Marshall Co., KY 2011 | | None | J | W | | | | | |
| 72. Real Estate, Crittenden Co., KY 2012 | | None | L | W | | | | | |
| 73. Marion Development Group Stock | | None | M | W | | | | | |
| 74. Marion Development Group (Note) 2012 | C | Interest | K | T | | | | | |
| 75. Edward Jones Simple IRA 2012 | | None | L | T | | | | | |
| 76. a. AMCAP Fund Class A - Mutual Fund | | None | L | T | | | | | |
| 77. b. Fundamental Investors Fund - Mutual Fund | | None | L | T | | | | | |
| 78. Real Estate, Jefferson Co., KY | | None | N | T | Buy | 03/08/12 | N | | Chris Carter |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stout, Alan C. | 08/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I liquidated the following stocks in 2012 pursuant to the Certificate of Divestiture:
BancKentucky, Inc.
Independence Bank
United Community Bank of Western KY
Fifth Third Bank

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 08/05/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan C. Stout**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544